UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE ) | CHAPTER 7 | |
| ) | | |
| PACE INTERNATIONAL, LTD. ) | CASE NO. 07-16607-JHS | |
| ) | | |
| Debtor(s). ) | Hon. John H. Squires | |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:  COURTROOM 4016
        DUPAGE COUNTY COURTHOURSE
        505 NORTH COUNTY FARM ROAD
        WHEATON, IL. 60187

   On: **August 15, 2008**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   Receipts                                    $5,622.91

   Disbursements                                   $0.00

   Net Cash Available for Distribution         $5,622.91

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| BROWN, DAVID R. Trustee | $0.00 | $982.14 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: NONE

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are: NONE

7.  Claims of general unsecured creditors totaling $4,562.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00% plus 4.2700% interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---:|---:|
| 1 | ComEd | 317.41 | 326.06 |
| 3 | MacMillin Hydraulics | 513.90 | 527.91 |
| 2 | Regal Corp | 1,869.93 | 1,920.90 |
| 4 | Waste Management | 166.99 | 171.54 |
|   | PACE INTERNATIONAL, LTD. | 1,694.36 | 1,694.36 |

8.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

Dated: **July 7, 2008**                                            For the Court,

                                                  By:   **KENNETH S. GARDNER**
                                                        Kenneth S. Gardner
                                                        Clerk of the U.S. Bankruptcy Court
                                                        219 S. Dearborn Street; 7th Floor
                                                        Chicago, IL 60604

Trustee:        DAVID R. BROWN
Address:        400 SOUTH COUNTY FARM ROAD
                SUITE 330
                WHEATON IL 60187
Phone No.:      (630) 510-0000

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

6607    Doc 18    Filed 07/07/08    Entered 07/10/08 00:51:09    Desc Imaged
Certificate of Service    Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1         Date Rcvd: Jul 07, 2008
Case: 07-16607                Form ID: pdf002          Total Served: 33


The following entities were served by first class mail on Jul 09, 2008.
db         +Pace International, Ltd.,    % James A. Edgar, Jr., Reg Ag,    393 Hilton Drive,
             Glendale Heights, IL 60139-1723
aty        +Janet L Watson,    Law Offices of Janet L Watson,    330 South Naperville Road,   #405,
             Wheaton, IL 60187-5442
tr         +David R Brown, ESQ,    Springer Brown Covey Gaertner & Davis,    400 South County Farm Road,
             Suite 330,   Wheaton, IL 60187-4547
11605256   +At&T,    P. O. Box 9001309,    Louisville, KY 40290-1309
11605257   +Bracing Systems - North,    P. O. Box 517,    Bloomingdale, IL 60108-0517
11605258   +Chemineer, Inc.,    P. O. Box 713113,    Columbus, OH 43271-0001
11605259    Citibank,    P. O. Box 6575,    The Lakes, NV 88901-6575
11605261   +Crane & Machinery, Inc.,    7402 W. 100th Poace,    Bridgeview, IL 60455-2406
11605262   +Crane & Machinery, Inc.,    % Gardiner, Koch & Weisberg,    53 W. Jackson, Suite 950,
             Chicago, IL 60604-3849
11605263   +Dana Corp.,    Clevite Engine Parts,    Lockbox 88713,    Chicago, IL 60695-0001
11605264   +Dekane Equipment,    P. O. Box 157,    Big Rock, IL 60511-0157
11605265   +Howell Tractor And Equipment,    3333 Paysphere Circle,    Chicago, IL 60674-0033
11605266    Inland Detroit Diesel - Allison,    P. O. Box 68-9633,    Milwaukee, WI 53268-9633
11605267   +James And Katherine Edgar,    393 Hilton Drive,    Glendale Heights, IL 60139-1723
11605268   +KMP*USA Ltd.,    1234 N. Post Oak Road,    Suite 130,    Houston, TX 77055-7234
11605255   +Law Offices Of Janet L Watson,    330 S Naperville Rd Suite 405,    Wheaton, IL 60187-5442
11605269   +MacMillin Hydraulics,    P. O. Box 6,    Skokie, IL 60076-0006
11605270   +Mcallister Equipment Co.,    Box 88025,    Milwaukee, WI 53288-0001
11605271   +Merit Truck Parts,    1638 S. Wabash Ave,    Chicago, IL 60616-1218
11605272   +Midway Truck Parts,    7400 W. 87th St.,    Bridgeview, IL 60455-1881
11605273    Miller, Bradford & Risberg, Inc.,    P. O. Box 1451,    Milwaukee, WI 53201-1451
11605274   +Motion Industries,    P. O. Box 98412,    Chicago, IL 60693-0001
11605254   +Pace International Ltd,    % James A Edgar Jr Registered Agent,    393 Hilton Drive,
             Glendale Hts,, IL 60139-1723
11605276    Quill,    P. O. Box 94081,    Palatine, IL  60094-4081
11605277   +R & L Carriers,    600 Gilliam Road,    Wilmington, OH 45177-9089
11605278    Regal Corp,    P. O. Bx 2529,    Knoxville, TN 37901-2529
11605279   +S & S Truck Parts,    1035 Paysphere Circle,    Chicago, IL 60674-0010
11605280   +SBC,    Bill Payment Center,    Saginaw, MI 48663-0001
11605281    Shell Fleet,    P. O. Box 183019,    Columbus, OH  43218-3019
11605282   +Waste Management,    Waste Management - RMC,    2421 W Peoria Ave Suite 110,
             Phoenix, AZ 85029-4942
11605283    West Side Tractor Sales,    P. O. Box 87618,    Chicago, IL 60680-0618

The following entities were served by electronic transmission on Jul 08, 2008.
11605260       E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                                ComEd,
             Bill Payment Center,    Chicago, IL  60668-0001
11605275       E-mail/Text: bankrup@nicor.com                                      Nicor Gas,   P. O. Box 310,
             Aurora, IL  60507-0310
                                                                                               TOTAL: 2

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 09, 2008**              **Signature:** _Joseph Speetjens_