**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | ) | Chapter: | 7 |
| | ) | | |
| PACE INTERNATIONAL, LTD., | ) | Case No.: | 07-16607 |
| | ) | | |
| Debtor. | ) | Judge: | John Squires |

**TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED PROPERTY**

**NOW COMES** the Trustee, David R. Brown, Trustee ("Trustee"), pursuant to 11 U.S.C. §347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure, and provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1. On September 12, 2009, the Debtor filed its petition for relief under Chapter 7 of the United States Bankruptcy Code under 11 U.S.C. §101 et. seq.

2. Thereupon, David R. Brown was appointed as Trustee and continues to act in that capacity.

3. On or about February 19, 2009, the Trustee sent a distribution check in the amount of $1,670.58 via U.S. Mail to the Debtor at:

> Pace International, Ltd.
> c/o Janet L. Watson. Esq.
> 320 S. Naperville Road
> Suite 405
> Wheaton, IL 60187

4. The distribution check for this has not been cashed and has not been returned to the Trustee.

5. The Trustee has attempted to contact the Debtor's attorney and/or locate an alternate address or telephone number via the internet but has been unsuccessful.

6. The Trustee has issued a stop payment on the check.

7.     By reason of the foregoing, the Trustee has deposited these unclaimed funds by payment of same to the Clerk of the Bankruptcy Court pursuant to §347 of the Bankruptcy Code.

Respectfully submitted,

/s/ David R. Brown /s/
Thomas E. Springer, Trustee

David R. Brown
Springer, Brown, Covey, Gaertner & Davis, LLC
400 S. County Farm Road, Suite 330
Wheaton, IL  60187
(630) 510-0000